PAUL ANTHONY MARTIN
Acting United States Attorney
District of Arizona
WILLIAM C. STAES
Assistant U.S. Attorney
Illinois State Bar No. 6314835
40 North Central Avenue, Suite 1800
Phoenix, Arizona  85004-4449
Telephone:  (602) 514-7500
Email: William.Staes@usdoj.gov
*Attorneys for the United States of America*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| B.A.D.J., on her own behalf and on behalf of her minor child X.B.J.A.,<br><br>Plaintiff,<br><br>v.<br><br>United States of America,<br><br>Defendant. | No. CV-21-00215-PHX-SMB<br><br>**POSITION STATEMENT ON MOTION TO PROCEED UNDER PSEUDONYM (DOC. 3)** |

Pursuant to the Court's April 22, 2021 Order (Doc. 21), the United States does not oppose Plaintiff and her minor child proceeding under pseudonyms in this matter. In turn, the United States has no opposition to Plaintiff's Motion to Proceed Under Pseudonym (Doc. 3).

RESPECTFULLY SUBMITTED this 23rd day of April, 2021.

PAUL ANTHONY MARTIN
Acting United States Attorney
District of Arizona

s/*William C. Staes*
WILLIAM C. STAES
Assistant United States Attorney
*Attorneys for the United States*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I hereby certify that on April 23, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant(s):

**Austin Clark Yost**
**Christopher David Thomas**
**Joel W Nomkin**
PERKINS COIE LLP − PHOENIX, AZ
2901 N Central Ave., Ste. 2000
Phoenix, AZ 85012
Tel: 602−351−8000
Fax1: 602−351−7000 (Yost and Thomas)
Fax2: 602-648-7185 (Nomkin)
ayost@perkinscoie.com
cthomas@perkinscoie.com
JNomkin@perkinscoie.com

**David S Almeling**
OMELVENY & MYERS LLP − SAN FRANCISCO, CA
2 Embarcadero Ctr., 28th Fl.
San Francisco, CA 94111
Tel: 415−984−8700
Fax: 415−984−8701
dalmeling@omm.com

**Greg Suhr**
**R Collins Kilgore**
**Vanessa Guerrero**
OMELVENY & MYERS LLP − LOS ANGELES, CA
400 S Hope St., 18th Fl.
Los Angeles, CA 90071
Tel: 213−430−6000
Fax1: 213−430−5407 (Suhr)
Fax2: 213-430-6407 (Kilgore and Guerrero)
gsuhr@omm.com
ckilgore@omm.com
vguerrero@omm.com

*Attorneys for Plaintiff*

s/ *Lauren M. Routen*
U.S. Attorney's Office