| | |
|---|---|
| Joel W. Nomkin (AZ Bar No. 011939)<br>Christopher D. Thomas (AZ Bar No. 010482)<br>Austin Yost (AZ Bar No. 034602)<br>PERKINS COIE LLP<br>2901 N. Central Avenue, Suite 2000<br>Phoenix, AZ  85012<br>Telephone:  (602) 351-8000<br>jnomkin@perkinscoie.com<br>cthomas@perkinscoie.com<br>ayost@perkinscoie.com | GLENN B. McCORMICK<br>Acting United States Attorney<br>District of Arizona<br>WILLIAM C. STAES<br>Assistant U.S. Attorney<br>Illinois State Bar No. 6314835<br>40 North Central Avenue, Suite 1800<br>Phoenix, Arizona 85004-4449<br>Telephone: (602) 514-7500<br>William.Staes@usdoj.gov<br><br>*Attorneys for Defendant* |

David Almeling* (CA Bar No. 235449)
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Telephone:  415-984-8700
Facsimile:  415-984-8701
dalmeling@omm.com

R. Collins Kilgore* (CA Bar No. 295084)
Vanessa Guerrero* (CA Bar No. 329915)
Greg Suhr* (CA Bar No. 328967)
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, CA  90071
Telephone:  (213) 430-6000
ckilgore@omm.com
vguerrero@omm.com
gsuhr@omm.com

*Attorneys for Plaintiffs*

[*Admitted pro hac vice]

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| B.A.D.J. on her own behalf and on behalf of her minor child, X.B.J.A.,<br><br>Plaintiffs,<br><br>v.<br><br>United States of America,<br><br>Defendant. | No. 2:21-cv-00215-SMB<br><br>**PARTIES' JOINT MOTION TO STAY PROCEEDINGS** |

1. The parties jointly move the Court for an order holding this action in abeyance for a period of sixty (60) days while the parties explore settlement.

2. The parties have engaged in initial discussions relating to the potential settlement of the above-captioned action.  In order to allow the parties to focus their attention on these settlement efforts, and in order to avoid wasting the parties' and the Court's time and resources, the parties request that this action, including all proceedings and case deadlines, be held in abeyance.  Specifically, the parties have agreed to and seek an order from the Court holding this action in abeyance for a period of sixty (60) days.

3. Ahead of the close of this 60-day abeyance period, the parties may, depending on the progress of the above-mentioned settlement discussions, seek an additional abeyance from the Court to facilitate further settlement discussions.  The parties further agree that Plaintiffs' response to Defendant's Motion to Dismiss, currently due June 9, 2021, will be due sixty (60) days from the time the abeyance terminates or is lifted.

4. Counsel for Plaintiffs and the United States have conferred regarding this request and agreed to jointly move the Court to hold this action in abeyance.  The party submitting this motion has obtained the permission of all signatories hereto.  A Proposed Order is submitted herewith.

Respectfully submitted May 18, 2021

PERKINS COIE LLP

By /s/ Joel W. Nomkin (with permission)
 Joel W. Nomkin
 Christopher D. Thomas
 Austin Yost

O'MELVENY & MYERS LLP

By /s/ David Almeling
 David Almeling*
 R. Collins Kilgore*
 Vanessa Guerrero*
 Greg Suhr*

[*Admitted pro hac vice]

*Attorneys for Plaintiffs*

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

By /s/William C. Staes (with permission)
 William C. Staes
 Assistant United States Attorney

*Attorneys for Defendant*