IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| B.A.D.J., | No. CV-21-00215-PHX-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| United States of America, | |
| Defendant. | |

The Court having considered the Parties' Second Joint Motion to Stay Proceedings (Doc. 32),

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**. This action is to be held in in abeyance for a period of sixty (60) days, until **September 17, 2021**, at which time the parties will advise the Court whether an additional abeyance is sought.

**IT IS FURTHER ORDERED** that Plaintiffs will have sixty (60) days from the date the abeyance is lifted to respond to Defendant's Motion to Dismiss.

Dated this 16th day of July, 2021.

Honorable Susan M. Brnovich
United States District Judge