**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| B.A.D.J., | No. CV-21-00215-PHX-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| United States of America, | |
| Defendant. | |

Before the Court is the United States' Motion to File Brief in Excess of Page Limits (Doc. 41). The Court having reviewed the motion, there being no objection from Defendant, and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion to File Brief in Excess of Page Limits is **GRANTED**.

**IT IS FURTHER ORDERED** that the page limit is enlarged to permit up to twenty-two (22) pages for the Plaintiffs' response to the Defendant's motion to dismiss.

The Court having also reviewed Defendant's Unopposed Motion for Extension of Time to File Reply in Support of Motion to Dismiss (Doc. 43), and good cause appearing,

**IT IS HEREBY ORDERED** that the Motion for Extension is **GRANTED**. Defendant shall have until **April 7, 2022** to file its reply in support of its Motion to Dismiss.

Dated this 24th day of March, 2022.

Honorable Susan M. Brnovich
United States District Judge