# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| B.A.D.J.,<br><br>    Plaintiff,<br><br>v.<br><br>United States of America,<br><br>    Defendant. | No. CV-21-00215-PHX-SMB<br><br>**ORDER** |

The Court having considered the parties' Joint Motion to Continue Oral Argument (Doc. 51) and good cause appearing,

**IT IS HEREBY ORDERED** granting the parties' Joint Motion and continuing the July 18, 2022 oral argument on Defendant's Motion to Dismiss to **August 22, 2022 at 10:00 a.m.** (1 hour allowed) to be held in Courtroom 506, 401 West Washington Street, Phoenix, AZ 85003.

Dated this 2nd day of June, 2022.

Honorable Susan M. Brnovich
United States District Judge