Joel W. Nomkin (AZ Bar No. 011939)
Christopher D. Thomas (AZ Bar No. 010482)
PERKINS COIE LLP
2901 N. Central Avenue, Suite 2000
Phoenix, AZ  85012
Telephone:  (602) 351-8000
jnomkin@perkinscoie.com
cthomas@perkinscoie.com

David Almeling* (CA Bar No. 235449)
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Telephone:  (415) 984-8700
Facsimile:  (415) 984-8701
dalmeling@omm.com

R. Collins Kilgore* (CA Bar No. 295084)
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, CA  90071
Telephone:  (213) 430-6000
Facsimile:  (213) 430-6400
ckilgore@omm.com

*Attorneys for Plaintiffs*

[**Admitted pro hac vice*]

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| B.A.D.J. on her own behalf and on behalf of her minor child, X.B.J.A., <br><br> Plaintiffs, <br><br> v. <br><br> United States of America, <br><br> Defendant. | No. CV-21-00215-PHX-SMB <br><br> **PLAINTIFFS' NOTICE OF INITIAL DISCLOSURES** |

## PLAINTIFFS' NOTICE OF INITIAL DISCLOSURES

Pursuant to Federal Rule of Civil Procedure 26(a)(1), Plaintiffs served their initial disclosures on Defendant by electronic transmission to the address set forth below. These disclosures are based on the information reasonably available to Plaintiffs as of the date of service of these disclosures. Plaintiffs reserve the right to supplement these disclosures at a later time.

> GARY M. RESTAINO
> United States Attorney
> District of Arizona
> WILLIAM C. STAES
> U.S. Attorney's Office – District of Arizona
> 40 N. Central Ave, Suite 1800
> Phoenix, Arizona 85004
> Phone: (602) 514-7659
> Mobile: (480) 645-5248
> Email: William.Staes@usdoj.gov
> *Attorneys for Defendant*

RESPECTFULLY SUBMITTED this 25th day of January, 2023.

> PERKINS COIE LLP
>
> By */s/ Joel Nomkin* (with permission)
>   Joel W. Nomkin
>   Christopher D. Thomas
> *Attorneys for Plaintiffs*
>
> O'MELVENY & MYERS LLP
>
> By */s/ David Almeling*
>   David Almeling*
>   R. Collins Kilgore*
> *Attorneys for Plaintiffs*