GARY M. RESTAINO
United States Attorney
District of Arizona
WILLIAM C. STAES
Assistant U.S. Attorney
Illinois State Bar No. 6314835
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona  85004-4449
Telephone:  (602) 514-7500
Civil Fax:  (602) 514-7760
Main Fax: (602) 514-7693
Email: William.Staes@usdoj.gov

*Attorneys for Defendant*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| B.A.D.J., on her own behalf and on behalf of her minor child X.B.J.A.,<br><br>Plaintiffs,<br><br>v.<br><br>United States of America,<br><br>Defendant. | No. CV-21-00215-PHX-SMB<br><br>**JOINT MOTION FOR ORDER ENTERING CLAWBACK AGREEMENT AND FED. R. EVID. 502(d) ORDER** |

The parties jointly move the Court for entry of an order pursuant to Federal Rule of Evidence 502(d), lodged together with this motion, to protect the parties against waiver of any privileges, protections, or immunities attaching to documents produced in this action.

The parties anticipate that privileged documents may be produced in this action. Absent an order from the Court, under certain circumstances, production of privileged documents can operate as a waiver of any applicable privilege, protection, and/or immunity with respect to disclosure.  Fed. R. Evid. 502(d) provides that "[a] federal court may order that the privilege or protection is not waived by disclosure connected with the litigation pending before the court – in which event the disclosure is also not a waiver in any other federal or state proceeding." Rule 502(d) is intended to expedite discovery and save costs in matters involving large volumes of documents and ESI, by reducing or eliminating the

risk that disclosure will result in waiver of privileges. Fed. R. Evid. 502(d), Advisory Committee Notes (2007). These factors support entry of an order under Rule 502(d) here.

The parties therefore respectfully request that the Court issue the parties' Proposed Order Pursuant to Fed. R. Evid. 502(d).

RESPECTFULLY SUBMITTED this 16th day of February, 2023.

| | |
|---|---|
| PERKINS COIE LLP<br><br>*s/Joel Nomkin (with permission)*<br>Joel W. Nomkin<br>Christopher D. Thomas<br>*Attorneys for Plaintiff*<br><br>O'MELVENY & MYERS LLP<br><br>*s/David Almeling (with permission)*<br>David Almeling*<br>R. Collins Kilgore*<br>*Attorneys for Plaintiff*<br><br>[**Admitted pro hac vice*] | GARY M. RESTAINO<br>United States Attorney<br>District of Arizona<br><br>*s/William C. Staes*<br>Assistant United States Attorney<br>*Attorneys for Defendant* |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 16, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant(s):

**Christopher David Thomas**
**Joel W Nomkin**
PERKINS COIE LLP
2901 N Central Ave., Ste. 2000
Phoenix, AZ 85012
Tel: 602-351-8000
cthomas@perkinscoie.com
JNomkin@perkinscoie.com

**David S Almeling**
O'MELVENY & MYERS LLP
2 Embarcadero Ctr., 28th Fl.
San Francisco, CA 94111
Tel: 415-984-8700
dalmeling@omm.com

**R Collins Kilgore**
O'MELVENY & MYERS
400 S Hope St., 18th Fl.
Los Angeles, CA 90071
Tel: 213-430-6000
ckilgore@omm.com

*Attorneys for Plaintiffs*

s/Alia Alvarez
U.S. Attorney's Office