GARY M. RESTAINO
United States Attorney
District of Arizona
WILLIAM C. STAES
Assistant U.S. Attorney
Illinois State Bar No. 6314835
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4449
Telephone: (602) 514-7500
William.Staes@usdoj.gov
*Attorneys for Defendant*

Joel W. Nomkin (AZ Bar No. 011939)
Christopher D. Thomas (AZ Bar No. 010482)
PERKINS COIE LLP
2901 N. Central Avenue, Suite 2000
Phoenix, AZ 85012
Telephone: (602) 351-8000
jnomkin@perkinscoie.com
cthomas@perkinscoie.com

David Almeling* (CA Bar No. 235449)
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Telephone: (415) 984-8700
dalmeling@omm.com

R. Collins Kilgore* (CA Bar No. 295084)
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, CA 90071
Telephone: (213) 430-6000
ckilgore@omm.com

*Attorneys for Plaintiffs*

[**Admitted pro hac vice*]

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

B.A.D.J. on her own behalf and on behalf of her minor child, X.B.J.A.,

Plaintiffs,

v.

United States of America,

Defendant.

No. CV-21-00215-PHX-SMB

**NOTICE OF SETTLEMENT AND STIPULATION TO HOLD LITIGATION DEADLINES IN ABEYANCE**

Plaintiffs B.A.D.J. and X.B.J.A. and Defendant United States of America (collectively, the "Parties"), by and through their undersigned counsel, hereby give notice that the Parties have reached a conditional settlement in the above-captioned matter. The Parties anticipate filing a stipulated motion to dismiss, each party to bear its own costs and fees, upon the Court's approval of the minor's portion of the settlement, execution of a final settlement agreement, and disbursement of the settlement funds.

The Parties stipulate that it would be in the interest of judicial economy and efficiency and would preserve the benefit of the settlement for the Court to stay all deadlines set forth in the Case Management Order dated January 4, 2023 (Doc. 68), as modified by the Court's order dated October 16, 2023 (Doc. 81), pending resolution of this matter and order a joint status report in 90 days if the matter has not resolved by then. A proposed order is submitted herewith.

RESPECTFULLY SUBMITTED this 14th day of February, 2024.

GARY M. RESTAINO
United States Attorney
District of Arizona

s/*William C. Staes*
William C. Staes
Assistant United States Attorney
*Attorneys for the United States*

PERKINS COIE LLP

s/*Joel W. Nomkin (with permission)*
Joel W. Nomkin
Christopher D. Thomas

O'MELVENY & MYERS LLP

s/*David Almeling (with permission)*
David Almeling*
R. Collins Kilgore*
[*Admitted pro hac vice]

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 14, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant(s):

**Christopher David Thomas**
**Joel W Nomkin**
PERKINS COIE LLP − PHOENIX, AZ
2901 N Central Ave., Ste. 2000
Phoenix, AZ 85012
Tel: 602−351−8000
Fax1: 602−351−7000 (Yost and Thomas)
Fax2: 602-648-7185 (Nomkin)
cthomas@perkinscoie.com
JNomkin@perkinscoie.com

**David S Almeling**
O'MELVENY & MYERS LLP − SAN FRANCISCO, CA
2 Embarcadero Ctr., 28th Fl.
San Francisco, CA 94111
Tel: 415−984−8700
Fax: 415−984−8701
dalmeling@omm.com

**R Collins Kilgore**
O'MELVENY & MYERS LLP − LOS ANGELES, CA
400 S Hope St., 18th Fl.
Los Angeles, CA 90071
Tel: 213−430−6000
Fax: 213-430-6407
ckilgore@omm.com

*Attorneys for Plaintiffs*

*s/Alia Alvarez*
U.S. Attorney's Office