**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

B.A.D.J. on her own behalf and on behalf of her minor child, X.B.J.A.,

Plaintiffs,

v.

United States of America,

Defendant.

No. CV-21-00215-PHX-SMB

**ORDER**

The Court having considered the parties' Notice of Settlement and Stipulation to Hold Litigation Deadlines in Abeyance, and good cause appearing,

**IT IS ORDERED** that the Stipulation is **Granted**.

**IT IS FURTHER ORDERED** that the deadlines set forth in the Case Management Order (Doc. 68), as modified by order dated October 16, 2023 (Doc. 81), are held in abeyance pending the parties filing a stipulation of dismissal or further notice by the Court.

**IT IS FURTHER ORDERED** that, should the parties not finalize their settlement agreement, they must file a joint status report no later than May 13, 2024.