GARY M. RESTAINO
United States Attorney
District of Arizona
KATHERINE R. BRANCH
Assistant U.S. Attorney
Arizona State Bar No. 025128
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4449
Telephone: (602) 514-7500
Facsimile: (602) 514-7693
Email: Katherine.Branch@usdoj.gov

*Attorneys for Defendant*

Joel W. Nomkin (AZ Bar No. 011939)
Christopher D. Thomas (AZ Bar No. 010482)
PERKINS COIE LLP
2525 E. Camelback Road
Suite 500
Phoenix, AZ 85016
Telephone:  (602) 351-8000
jnomkin@perkinscoie.com
cthomas@perkinscoie.com

David Almeling* (CA Bar No. 235449)
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Telephone:  (415) 984-8700
Facsimile:  (415) 984-8701
dalmeling@omm.com

R. Collins Kilgore* (CA Bar No. 295084)
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, CA  90071
Telephone:  (213) 430-6000
Facsimile:  (213) 430-6400
ckilgore@omm.com

*Attorneys for Plaintiffs*

[*Admitted pro hac vice]

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| B.A.D.J. on her own behalf and on behalf of her minor child, X.B.J.A., <br><br>Plaintiffs,<br><br>v.<br><br>United States of America,<br><br>Defendant. | No. CV-21-00215-PHX-SMB<br><br>**JOINT STATUS REPORT** |

Pursuant to the Court's February 14, 2024 order (ECF No. 84) ("Order"), Plaintiffs B.A.D.J., on her own behalf and on behalf of her minor child, X.B.J.A., and Defendant United States of America (collectively, the "Parties") respectfully submit this Joint Status Report.

Since the date of the Order, Plaintiffs and Defendant have negotiated a stipulated compromise and release. The Parties are working diligently towards finalizing the settlement documents and preparing a motion for court approval of the settlement of minor X.B.J.A.'s claim. The Parties request that, to the extent that the Parties have not yet filed these documents, the Court set a date for a further joint status report in six (6) weeks.

RESPECTFULLY SUBMITTED this 13th Day of May, 2024.

| U.S. ATTORNEYS | PERKINS COIE LLP |
|---|---|
| s/Katherine R. Branch (with permission) | s/Joel Nomkin (with permission) |
| GARY M. RESTAINO | Joel W. Nomkin |
| United States Attorney | Christopher D. Thomas |
| District of Arizona | *Attorneys for Plaintiffs* |
| KATHERINE R. BRANCH | |
| Assistant United States Attorney | O'MELVENY & MYERS LLP |
| *Attorneys for Defendant* | |
| | s/David Almeling |
| | David Almeling* |
| | R. Collins Kilgore* |
| | *Attorneys for Plaintiffs* |
| | [*Admitted pro hac vice] |