**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

B.A.D.J. on her own behalf and on behalf of her minor child, X.B.J.A.,

Plaintiffs,

v.

United States of America,

Defendant.

No. CV-21-00215-PHX-SMB

**[PROPOSED] ORDER APPROVING SETTLEMENT OF MINOR'S CLAIMS**

The Court has reviewed Plaintiffs' Motion for Court Approval of the Settlement of the Minor's Claims. Defendant United States of America does not oppose Plaintiffs' motion. For good cause shown, IT IS HEREBY ORDERED:

1. The Court approves the Settlements of minor X.B.J.A.'s claims in this Lawsuit.
2. The Court approves the allocation of the settlement proceeds such that Plaintiff B.A.D.J., the mother, receives $130,000 and minor Plaintiff X.B.J.A. receives $130,000, for a total Settlement Amount of $260,000.
3. The Court approves the placement of the minor Plaintiff's Settlement funds into a Mission Management & Trust Company trust fund until minor Plaintiff X.B.J.A. reaches the age of 25.

4. Plaintiffs' counsel shall coordinate with B.A.D.J. and Mission Management & Trust Company for the execution of all necessary paperwork and the funding of the pooled minor's trusts on behalf of X.B.J.A.

DATED: ___________________________, 2024

_______________________________________

Hon. Susan M. Brnovich
United States District Judge