GARY M. RESTAINO
United States Attorney
District of Arizona
KATHERINE R. BRANCH
Assistant U.S. Attorney
Arizona State Bar No. 025128
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4449
Telephone: (602) 514-7500
Facsimile: (602) 514-7693
Email: Katherine.Branch@usdoj.gov

*Attorneys for Defendant*

Joel W. Nomkin (AZ Bar No. 011939)
Christopher D. Thomas (AZ Bar No. 010482)
PERKINS COIE LLP
2525 E. Camelback Road
Suite 500
Phoenix, AZ 85016
Telephone: (602) 351-8000
jnomkin@perkinscoie.com
cthomas@perkinscoie.com

David Almeling* (CA Bar No. 235449)
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701
dalmeling@omm.com

*Attorneys for Plaintiffs*

[**Admitted pro hac vice*]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| B.A.D.J. on her own behalf and on behalf of her minor child, X.B.J.A.,<br><br>Plaintiffs,<br><br>v.<br><br>United States of America,<br><br>Defendant. | No. CV-21-00215-PHX-SMB<br><br>**JOINT STATUS REPORT** |

Pursuant to the Court's May 14, 2024 order (ECF No. 88) ("Order"), Plaintiffs B.A.D.J., on her own behalf and on behalf of her minor child, X.B.J.A., and Defendant United States of America (collectively, the "Parties") respectfully submit this Joint Status Report.

Since the date of the Order, Plaintiff filed an Unopposed Motion for Court Approval of Settlement of Minor's Claims (ECF No. 90) with an accompanying stipulation for compromise settlement and release of Federal Tort Claims Act claims pursuant to 28 U.S.C. § 2677 (the "Stipulation"), trust agreement, and proposed order. The Parties respectfully request that the Court approve the Parties' settlement, after which the Plaintiffs would then seek an order from the Court dismissing this action in its entirety with prejudice in accordance with paragraph 5(e) of the Stipulation.

RESPECTFULLY SUBMITTED this 27th Day of June, 2024.

| U.S. ATTORNEYS | PERKINS COIE LLP |
|---|---|
| *s/Katherine R. Branch* *(with permission)* GARY M. RESTAINO United States Attorney District of Arizona KATHERINE R. BRANCH Assistant United States Attorney *Attorneys for Defendant* | *s/Joel Nomkin (with permission)* Joel W. Nomkin Christopher D. Thomas *Attorneys for Plaintiffs* O'MELVENY & MYERS LLP *s/David Almeling* David Almeling* *Attorneys for Plaintiffs* [*Admitted pro hac vice] |