Joel W. Nomkin (AZ Bar No. 011939)
Christopher D. Thomas (AZ Bar No. 010482)
PERKINS COIE LLP
2901 N. Central Avenue, Suite 2000
Phoenix, AZ 85012
Telephone: (602) 351-8000
jnomkin@perkinscoie.com
cthomas@perkinscoie.com

David Almeling* (CA Bar No. 235449)
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Telephone: 415-984-8700
Facsimile: 415-984-8701
dalmeling@omm.com

*Attorneys for Plaintiffs*

[*Admitted pro hac vice]

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| B.A.D.J., on her own behalf and on behalf of her minor child, X.B.J.A., <br><br>Plaintiffs, <br><br>v. <br><br>United States of America, <br><br>Defendant. | NO. 2:21-CV-00215-SMB <br><br> **JOINT MOTION TO POSTPONE DISMISSAL WITH PREJUDICE** |

In accordance with this Court's July 29, 2024 Order (Dkt. No. 93), the parties jointly request that the Court postpone dismissing the case with prejudice and keep it open to provide the parties additional time to finalize their settlement. The parties anticipate the settlement will be finalized by October 11, 2024, and expect to file a stipulation of dismissal with prejudice on or before that date. But if there is

1  unexpected delay, the parties so notify the Court in a joint report to be filed on or
2  before October 11, 2024.

## BACKGROUND

On May 23, 2024, Plaintiff filed an Unopposed Motion for Court Approval of Settlement of Minor's Claims with an accompanying Stipulation for Compromise Settlement and Release of Federal Tort Claims Act Claims Pursuant to 28 U.S.C. § 2677 ("Stipulation), trust agreement, and proposed order.  Dkt No. 90.  On July 25, 2024, the Court approved Plaintiffs' Motion for Court Approval of the Settlement of the Minor's Claims.  Dkt. No. 92.  On July 29, 2024, the Court ordered that the case be dismissed with prejudice within 30 days on August 28, 2024, unless a stipulation to dismiss is filed prior to the dismissal date.  Dkt. No. 93.

While the Court has granted an order approving the settlement and authorizing an individual or entity to sign on behalf of any minor or legally incapacitated adult, several conditions remain before the settlement can be finalized.  First, the Stipulation needs to be signed by the Attorney General's designee.  Second, Plaintiffs and Plaintiffs' counsel must open a trust account and then provide all required information, including the Social Security numbers or tax identification numbers, bank account number, and bank routing information to counsel to the United States before it can submit a request to the United States Treasury for an Electronic Funds Transfer of the settlement amount.

## ARGUMENT

Since the Court's order on July 29, 2024, the parties have worked diligently and have made significant progress toward consummating the settlement, but they do not believe they can complete the above-described conditions before the planned

August 28, 2024 dismissal date. Specifically, once the Stipulation for Compromise is signed by all parties, the parties anticipate it will take several weeks for the Treasury Department to initiate and complete payment of the settlement amount, but the exact timeline for payment is not within the parties' control. Therefore, the parties agree that the August 28, 2024 date set by the Court should be postponed to allow sufficient time to complete payment and to avoid any prejudice or confusion caused by a dismissal before the conditions of the settlement are finalized.

## CONCLUSION

For the reasons above, the parties respectfully request that the Court postpone final dismissal of this case and order the parties to provide the Court with a joint status report on or before October 11, 2024, in the event the stipulation of dismissal with prejudice is not filed on or before that day.

Respectfully submitted August 20, 2024

PERKINS COIE LLP

By */s/ Joel W. Nomkin (with permission)*
Joel W. Nomkin
Christopher D. Thomas
*Attorneys for Plaintiffs*

O'MELVENY & MYERS LLP

By */s/ David Almeling*
David Almeling*
*Attorneys for Plaintiffs*

[**Admitted pro hac vice*]

GARY M. RESTAINO
United States Attorney
District of Arizona

By */s/ Katherine R. Branch (with permission)*
KATHERINE R. BRANCH
Assistant United States Attorney
*Attorneys for Defendant*

# **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document was served on August 20, 2024 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

Joel W. Nomkin
Christopher D. Thomas
PERKINS COIE LLP
2901 N Central Ave., Ste. 2000
Phoenix, AZ 85012
Tel: 602-351-8000
cthomas@perkinscoie.com
JNomkin@perkinscoie.com

GARY M. RESTAINO
United States Attorney
District of Arizona
KATHERINE R. BRANCH
Assistant United States Attorney
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004
Tel: (602) 514-7762
Katherine.Branch@usdoj.gov

O'MELVENY & MYERS LLP

By: */s/ David Almeling*